1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  FRANCESCO P. BENAVIDES, CSBN 258924
5  Special Assistant United States Attorney
        Social Security Administration
6       160 Spear St., Suite 800
7       San Francisco, CA  94105
        Telephone:  (415) 977-8978
8       Facsimile:  (415) 744-0134
9       Email:  Francesco.Benavides@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GWENDOLYN D. HICKS, | Case No. 2:18-cv-02583-PLA |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 16, 2018

*Paul L. Abrams*
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

-1-