Suzanne C. Leidner
LEIDNER & LEIDNER
2000 Riverside Drive
Los Angeles, CA 90039
Tel: (323) 664-5670
Fax:(323) 663-0840
Email: Scleidner@aol.com
State Bar of California #090387

Attorney for Plaintiff
GWENDOLYN D. HICKS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN D. HICKS ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:18-cv-02583 PLA |
| v. ) | |
| ) | [~~PROPOSED~~] ORDER |
| NANCY A. BERRYHILL, ) | EAJA |
| Acting Commissioner of Social ) | |
| Security ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

///

///

///

1

attorney fees under EAJA in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($4,500.00) as authorized by 28 U.S.C. 2412(d) and subject to the terms of the above-referenced Stipulation, plus reimbursement for the filing fee in the amount of Four Hundred dollars ($400.00) for a total of FOUR THOUSAND NINE-HUNDRED DOLLARS AND 00/100 ($4,900.00).

DATED: December 18, 2018    _____

                    PAUL L. ABRAMS
                    UNITED STATES MAGISTRATE JUDGE